UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
:
In the Matter of :
:
Adam Ira Skolnik : M-2-238
P.O Box 670583 :
Coral Springs, FL 33067, : ORDER
:
                Respondent. :
-----------------------------------------------------X

11-mc-479

**BEFORE THE COMMITTEE ON GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK[1]**

By Order dated June 7, 2011 of the Supreme Court of the State of New York (copy here attached), respondent Adam Ira Skolnik, a member of the bar of this Court, was suspended from the practice of law for a period of six months by the State of New York. Accordingly, unless respondent files under seal with the Sealed Records Clerk, by no later than August 18, 2011, a written response showing why reciprocal discipline should not be imposed pursuant to S.D.N.Y. Local Civil Rule 1.5(d)(1), it is hereby ordered that Adam Ira Skolnik be suspended from the practice of law for a period of six months in this Court, effective August 22, 2011, and until he is readmitted to practice by the state of New York. A courtesy copy of any submission must be mailed directly to the Honorable Jed S. Rakoff, Chair of the Committee on Grievances.

SO ORDERED.

_____
JED S. RAKOFF
Chair, Committee on Grievances S.D.N.Y.

Dated:    New York, New York
           July 29, 2011

---

[1] The members of the Committee are District Judge Jed S. Rakoff, Chair; Chief Judge Loretta A. Preska; District Judges P. Kevin Castel, Paul G. Gardephe, John F. Keenan, Colleen McMahon, Louis L. Stanton, and Richard J. Sullivan; and Magistrate Judge Frank Maas.